diness and leaving the workstation without permission and before the end of the day; and (5) use of government-provided services for inappropriate purposes.

*Id.,* slip op. at 1–2. In response, Ms. Vandegrift filed discrimination complaints against the Agency, alleging

> that her removal was the result of discrimination based on her age (date of birth 2/19/38), national origin (Chinese), race (Asian), and reprisal for her prior equal employment opportunity (EEO) activity.

*Id.,* slip op. at 2. The Equal Employment Opportunity Commission consolidated Ms. Vandergrift's complaints, and instructed the Agency to process the case as a mixed case. *Id.* Thereafter, the Agency issued a final decision concluding it had not discriminated against Ms. Vandegrift as alleged and that she should indeed be removed from her position as initially proposed. This decision was upheld by the Board on appeal. *Id.,* slip op. at 23. The present appeal followed.

### DISCUSSION

This court has jurisdiction to review decisions of the Merit Systems Protection Board pursuant to 28 U.S.C. § 1295(a)(9). Under § 1295(a)(9), this court lacks jurisdiction to review a mixed case appeal decided on the merits that involves allegations of discrimination and retaliation without a waiver of such claims. *See Williams v. Dep't of Army,* 715 F.2d 1485 (Fed.Cir.1983) *(en banc).*

Ms. Vandegrift's appeal presents the court with a mixed case prohibited under *Williams.* Specifically, Ms. Vandegrift alleges discrimination and retaliation were the basis for the Agency's removal decision, and she has not waived these claims on appeal. Thus, this court lacks jurisdiction to entertain the present appeal. The appeal is hereby dismissed for want of jurisdiction.

**Brett J. WADDOUPS, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 06–3127.

United States Court of Appeals, Federal Circuit.

April 11, 2006.

Brett J. Waddoups, pro se.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

George E. McCLAIN, Jr., Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2006–3183.

United States Court of Appeals, Federal Circuit.

April 11, 2006.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

R. Renee SHOKOOHE, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2006–3149.

United States Court of Appeals, Federal Circuit.

April 18, 2006.

ON MOTION

*ORDER*

R. Renee Shokoohe moves without opposition for reconsideration of the court's March 14, 2006 order dismissing her petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination, with Rule 15(c) statement attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Shokoohe's motion for reconsideration is granted.

(2) The court's March 14, 2006 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) Shokoohe's brief is due within 30 days of the date of filing of this order.